# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| **MITCHELL BRUCKEN,** | ) <br> ) <br> ) **Case No.: 1:20-cv-00116-TWP-TAB** |
| **Plaintiff.** | ) <br> ) |
| v. | ) <br> ) |
| **DIVERSIFIED CONSULTANTS, INC.,** | ) <br> ) <br> ) |
| **Defendant.** | ) |

## NOTICE OF SETTLEMENT

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached settlement. The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41 (a) within sixty (60) days.

Dated: February 10, 2020         By: */s/ Joseph C. Hoeffel*
                                                    Joseph C. Hoeffel, Esquire
                                                    Kimmel & Silverman, P.C.
                                                    30 E. Butler Pike
                                                    Ambler, PA 19002
                                                    Phone: (215) 540-8888
                                                    Fax: (877) 788-2864
                                                    Email: jhoeffel@creditlaw.com

## **CERTIFICATE OF SERVICE**

I, Joseph C. Hoeffel, Esquire, do certify that I served a true and correct copy of the Notice of Settlement in the above-captioned matter, upon the following via CM/ECF system:

> Syed H. Hussain, Esquire
> Sessions Fishman Nathan & Israel
> 141 W. Jackson Boulevard, Suite 3550
> Chicago, IL 60604
> shussain@sessions.legal
> Attorney for Defendant

Dated: February 10, 2020     By: */s/ Joseph C. Hoeffel*
             Joseph C. Hoeffel, Esquire
             Kimmel & Silverman, P.C.
             30 E. Butler Pike
             Ambler, PA 19002
             Phone: (215) 540-8888
             Fax: (877) 788-2864
             Email: jhoeffel@creditlaw.com