### UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTICT OF INDIANA

| | | |
|---|---|---|
| MITCHELL BRUCKEN, | § § | |
| Plaintiff, | § § | Civil Action No. 1:20-cv-00116-TWP-TAB |
| v. | § § | |
| DIVERSIFIED CONSULTANTS, INC., | § § | |
| Defendant. | § § § § | **Acknowledged** <br> TWP <br> April 10, 2020 |

### NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK:

    Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses the Complaint with prejudice.

Dated: <u>April 9, 2020</u>           /s/ Joseph C. Hoeffel
                                         Joseph C. Hoeffel, Esq.
                                         Kimmel & Silverman, P.C.
                                         30 East Butler Pike
                                         Ambler, PA 19002
                                         Phone: 215-540-8888
                                         Fax: 215-540-8817
                                         Email: teamkimmel@creditlaw.com

## CERTIFICATE OF SERVICE

I, Joseph C. Hoeffel, Esquire, do certify that I served a true and correct copy of the Notice of Voluntary Dismissal in the above-captioned matter, upon the following via CM/ECF system:

Syed H. Hussain, Esq.
Sessions, Fishman, Nathan & Israel
141 W. Jackson Blvd., Suite 3550
Chicago IL 60604
shussain@sessions.legal
Attorney for Defendant

April 9, 2020 /s/ Joseph C. Hoeffel
Joseph C. Hoeffel, Esq.
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Phone: 215-540-8888
Fax: 215-540-8817
Email: teamkimmel@creditlaw.com